UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RON FERRARO AND
PATRICIA FERRARO
    Plaintiffs

v.

IMPERIAL FIRE & CASUALTY
INSURANCE COMPANY
    Defendant.

Case No. 2:13-cv-04992-NJB-JCW

SECTION: G

DIVISION: 2

*****************************************************************************

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT ON BEHALF OF
LIBERTY MUTUAL FIRE INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended ("NFIA"),[1] appearing herein in its "fiduciary"[2] capacity as the "fiscal agent"[3] of the United States at the expense of the U. S. government, which respectfully files this Motion for Leave to File a Reply Memorandum in Support of its Motion for Summary Judgment, to further clarify its original arguments in support of the motion and point out the deficiencies in Plaintiffs' memorandum filed in opposition thereto.

WHEREFORE the Defendant, Liberty Mutual Fire Insurance Company, hereby prays for leave to file its Reply Memorandum in Support of its previously filed Motion for Summary Judgment.

---

[1] *See* 42 U.S.C. §4001 *et seq*.
[2] 44 C.F.R. §62.23(f).
[3] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

Respectfully submitted,

NIELSEN, CARTER & TREAS, L.L.C.

 */s/ Keith M. Detweiler*
Keith M. Detweiler, LA S.B. # 20784
John D. Carter LA S.B. #24334
Gerald J. Nielsen LA S.B. #17078
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 832-9165
Counsel for Defendant, Liberty Mutual Fire Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record**.**

 */s/ Keith M. Detweiler*
Keith M. Detweiler