UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RON FERRARO AND** | |
| **PATRICIA FERRARO** | |
|     Plaintiffs | Case No. 2:13-cv-04992-NJB-JCW |
| v. | |
| | SECTION: G |
| **IMPERIAL FIRE & CASUALTY** | |
| **INSURANCE COMPANY** | DIVISION: 2 |
|     Defendant. | |

**************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File a Reply Memorandum in Support of the Motion for Summary Judgment filed by Liberty Mutual Fire Insurance Company;

IT IS HEREBY ORDERED that Motion to for Leave to File a Reply Memorandum in Support of the Motion for Summary Judgment filed by Liberty Mutual Fire Insurance Company, is granted;

IT IS FURTHER ORDERED that the Reply Memorandum in Support of the Motion for Summary Judgment filed by Liberty Mutual Fire Insurance Company be filed into the court record.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE