UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RON FERRARO AND
PATRICIA FERRARO
    Plaintiffs                                     Case No. 2:13-cv-04992-NJB-JCW

v.

                                                          SECTION: G

IMPERIAL FIRE & CASUALTY
INSURANCE COMPANY                   DIVISION: 2
    Defendant.

******************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File a Reply Memorandum in Support of the Motion for Summary Judgment filed by Liberty Mutual Fire Insurance Company;

IT IS HEREBY ORDERED that Motion to for Leave to File a Reply Memorandum in Support of the Motion for Summary Judgment filed by Liberty Mutual Fire Insurance Company, is granted;

IT IS FURTHER ORDERED that the Reply Memorandum in Support of the Motion for Summary Judgment filed by Liberty Mutual Fire Insurance Company be filed into the court record.

NEW ORLEANS, LOUISIANA this __20th__ day of June, 2014.

                                                                                                            *Nannette Jolivette Brown*
                                                                                   UNITED STATES DISTRICT JUDGE